IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **BOB PAILLET, et al.**, <br><br> Defendant. | **Case No. 93-CR-03403-01/06-CR-S-ODS** |

## RESPONSE OF THE UNITED STATES TO FREEDOM OF INFORMATION ACT REQUEST

The United States of America, by the United States Attorney for the Western District of Missouri and the undersigned attorney, submits the following response to Michael Smith's request for documents in the above-listed case, as ordered by the Court.

On December 26, 2017, the Court received a request from Mr. Smith for documents in this case for book publication research. Mr. Smith submitted a request under the Freedom of Information Act (FOIA). Federal courts are excluded from FOIA. 5 U.S.C. §§ 551(1) and 552.

However, the documents Mr. Smith has requested are public records. The case file is not maintained electronically and is currently in the Springfield, Missouri, courthouse. A request should be sent to the Clerk's office in Springfield along with

payment for the requested documents (50 cents per page), and a self-addressed stamped envelope. The address for records request is:

> United States Courthouse
> Attn: Clerk's Office – Records Request
> 222 N. John Q. Hammons Parkway
> Springfield, MO 65806

                Respectfully submitted,

                TIMOTHY A. GARRISON
                United States Attorney

By   */s/ Josephine M. Larison*
       Josephine M. Larison
       Missouri Bar No. 63956
       Special Assistant United States Attorney
       901 St. Louis Street, Suite 500
       Springfield, Missouri 65806-2511

### Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was delivered on January 19, 2017, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record and was mailed to Mr. Smith at

> Michael Smith #14057-049
> F.C.I. Schuylkill
> P.O. Box 759
> Minersville, PA 17954

                */s/ Josephine M. Larison*
                Josephine M. Larison
                Special Assistant United States Attorney