IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 6:93-CR-3403-ODS |
| BOB PAILLET, et al., | ) | |
| Defendants. | ) | |

## ORDER DENYING REQUEST FOR DOCUMENTS
## PURSUANT TO THE FREEDOM OF INFORMATION ACT

Pending is a request from Michael Smith, who is not a party, for documents in this matter pursuant to the Freedom of Information Act ("FOIA"). Doc. #179. The federal courts are excluded from FOIA. 5 U.S.C. §§ 551(1)(B), 552. Accordingly, Mr. Smith's request pursuant to FOIA is denied.

However, proceedings in federal courts are matters of public record, and there is a general right to inspect and copy public records and documents. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). A request for pertinent and unsealed documents, if any, must be made with the Clerk's Office in this matter because these records are not available electronically. Requests should be sent to the following: United States Courthouse, Attn: Clerk's Office – Records Request, 222 North John Q. Hammons Parkway, Springfield, MO 65806. The request must be accompanied by a self-addressed stamped envelope as well as payment for the requested documents.

The Clerk of the Court is directed to send a copy of this Order via first-class mail, postage prepaid, to Michael Smith, #14057-049, Federal Correctional Institution Schuylkill, P.O. Box 759, Minersville, PA 17954.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: February 8, 2018   UNITED STATES DISTRICT COURT